# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0161. EAGLE REALTY, LLC, et al v. SEESAW CONSTRUCTION, LLC, et al.

In this application for discretionary appeal, Eagle Realty, LLC, and Stephen Eagleton, plaintiffs in the case below, seek review of the trial court's order granting a directed verdict to the defendants.

From the limited information included in the application, the trial court's order appears to be the final order in the case, and the discretionary appeal requirements do not appear to apply. Thus, based on the information available at this time, the order appears to be subject to direct appeal. We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and the applicants shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal in the trial court, they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/20/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*